# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:21-CR-00075-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| EDWARD CLYDE LEDFORD, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Modify or Clarify Conditions of Supervision. (Doc. No. 26) ("Motion"). For the reasons stated in the Motion, the Court will **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that the Defendant may work at Whitner's Outdoorsman in Lenior, NC while on supervision. Furthermore, the Defendant is permitted to attend religious services for four hours on Sundays.

**SO ORDERED.**

Signed: July 5, 2022

Kenneth D. Bell
United States District Judge